**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| CHILLENA D LOFTON, | |
| | NO. 08-24264 |
| DEBTOR | JUDGE: Wedoff |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS**

As you know, our firm represents Mortgage Clearing Corporation in your Chapter 13 Case Number 08-24264. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  Accordingly, any information with which you provide this office can and may be used to collect that debt:

| | | |
|---|---|---|
| 10/09-01/10 monthly payments at $1,456.00 each | = $ | 5,824.00 |
| 02/10-06/10 monthly payments at $1,364.00 each | =$ | 6,820.00 |
| Accrued Late Charges | = $ | 1,991.22 |
| Less Suspense | =$ | (226.88) |
| TOTAL | = $ | 14,408.34 |

Respectfully submitted,

  /s/ Josephine J. Miceli
Attorney for Mortgage Clearing Corporation

Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
08-011592

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**